JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Zyrcuits IP LLC, | Case No. 8:20-cv-01877-AB-AGR |
| Plaintiff, | [~~PROPOSED~~] **ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| Somfy Systems, Inc., | |
| Defendant. | |

This matter is before the Court on Plaintiff Zyrcuits IP LLC's Notice of Voluntary Dismissal **with prejudice**. Defendant has not yet answered the Complaint or moved for Summary Judgment. Being so advised, the Court hereby finds that the request should be GRANTED. It is, therefore,

//

//

ORDERED that this matter be dismissed **with prejudice.** Each party shall bear its own costs, expenses, and attorneys' fees.

SO ORDERED January 11, 2021

UNITED STATES DISTRICT COURT
Judge Andre Birotte Jr.